UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 06-14045-CR-MARTINEZ/LYNCH

FILED by _____ D.C.
OCT 12 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JUAN MANUEL JIMENEZ-SANDOVAL,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Order of Reference from District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on September 26, 2006. A Report and Recommendation was filed on September 26, 2006, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety. The Defendant is adjudged guilty to Count One of the Indictment which charges the Defendant with Illegal re-entry of deported alien in violation of Title 8:1326(a)&(b)(1).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12 day of October, 2006.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S.Probation